### (July 15, 1974)

■ JOHN B. ABSMEIER, Respondent, v. UNITED STATES FIDELITY AND GUAR-ANTY COMPANY, Appellant.— Order of the Supreme Court, Suffolk County, dated December 26, 1973, affirmed, without costs. We note, however, that plaintiff died on May 21, 1971 and that the Public Administrator of Suffolk County has obtained an order substituting himself as the party plaintiff *nunc pro tunc* as of August 23, 1971. In our opinion this substitution *nunc pro tunc* cures any jurisdictional defect arising from the failure to obtain substitution of the personal representative of the deceased plaintiff prior to the making of the motion which resulted in the order now under review. Gulotta, P. J., Martuscello, Latham, Shapiro and Cohalan, JJ., concur.

■ HOWARD ACKERMAN, Appellant, v. DIANE ACKERMAN, Respondent.— In an action for the partition of real property, plaintiff appeals from an order of the Supreme Court, Westchester County, dated March 28, 1973, which granted defendant's motion (1) to dismiss the complaint for failure to state a cause of action and ·(2) to cancel plaintiff's notice of pendency of action. Order affirmed, with $20 costs and disbursements. We have been advised that, in a separate action, defendant has obtained a judgment declaring that she is still the lawful wife of plaintiff. Under these circumstances the plaintiff is not in any event entitled to partition. Had defendant not procured such a judgment we would nevertheless have affirmed the dismissal of the complaint, as we continue to adhere to our view that a partition action may not be brought by a tenant by the entirety who procured a foreign ex parte divorce. Such a divorce does not abrogate the property rights which form an economic incident of the marriage (*Anello* v. *Anello*, 22 A D 2d 694; *Rodriguez* v. *Rodriguez*, 40 A D 2d 531). Cohalan, Christ, Brennan and Benjamin, JJ., concur; Shapiro, Acting P. J., concurs in the result on the ground first stated in the foregoing memorandum and concurs in the second ground stated under constraint of *Anello* v. *Anello* (22 A D 2d 694) and *Rodriguez* v. *Rodriguez* (40 A D 2d 531). [78 Misc 2d 1.]